# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 13 C 3022 | **DATE** | 5/31/2013 |
| **CASE TITLE** | MANUEL vs. CITY OF JOLIET | | |

**DOCKET ENTRY TEXT**

In that respect this Court's April 24, 2013 memorandum order (issued just two days after Manuel filed this lawsuit) has already granted Manuel's in forma pauperis status under the terms that apply to persons in custody (see 28 U.S.C. §1915). Accordingly that part of Manuel's current request is simply [9] denied as moot. Motion for appointment of counsel [7] is granted. Order appointment of Stanley B. Eisenhammer of the firm Hodges, Loizzi, Eisenhammer, Rodick & Kohn, 3030 Salt Creek Lane, Suite 202, Arlington Heights, Il. 6005 to represent the plaintiff in this cause.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TP |
|---|---|---|