IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELIJAH MANUEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 13-cv-3022 |
| v. ) | |
| ) | Judge Matthew F. Kennelly |
| CITY OF JOLIET, a municipal corporation, ) | |
| OFC. TERRENCE GRUBER, OFC. THOMAS CONROY, ) | |
| SGT. SCOTT CAMMACK, SGT. JOHN STEFANSKI, ) | |
| SGT. JOSEPH ROSADO, and OFC. JEFFREY KNELLER, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION TO DISMISS
## WITH PREJUDICE

It is hereby agreed and stipulated by and between the parties to this action, by and through their undersigned counsel, that Plaintiff hereby dismisses with prejudice this action in its entirety, with each party to bear his own fees and costs.

STIPULATED and AGREED TO by:

/s/ Pamela E. Simaga
Pamela E. Simaga
Hodges, Loizzi, Eisenhammer, Rodick & Kohn LLP
3030 Salt Creek Lane
Suite 202
Arlington Heights, IL 60005
(847) 670-9000
*Attorney for Plaintiff*

/s/ Martin W. McManaman
Martin W. McManaman
L&G Law Group LLP
175 West Jackson Blvd.
Suite 950
Chicago, IL 60604
(312) 364-2500
*Attorney for Defendants*